**David J. Hollander,** OSB No. 782452
david@hollanderlaw.com
**HOLLANDER, LEBENBAUM & GANNICOTT**
1500 SW First Avenue, Suite 700
Portland, Oregon 97201-5825
Telephone: 503.222.2408
Facsimile: 503.222.0659

Attorneys for Plaintiff Janice Tate

**William T. Patton**, OSB No. 973646
pattonw@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant Life Insurance Company of North America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JANICE TATE,** | Case No. 3:12-CV-01200-HZ |
| Plaintiff, | |
| v. | **STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA,** | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, because this matter has been settled, plaintiff Janice Tate ("Tate") and defendant Life Insurance Company of

PAGE 1 -   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

North America ("LINA") through their undersigned counsel stipulate to the dismissal of the above-entitled action with prejudice and without costs or fees to either party.

| | |
|---|---|
| DATED: January 5, 2013 | DATED: January 5, 2013 |
| HOLLANDER, LEBENBAUM & GANNICOTT | LANE POWELL PC |
| By: s/ David J. Hollander<br>David J. Hollander, OSB No. 782452<br>Telephone: 503.222.2408<br>Attorneys for Plaintiff Janice Tate | By: s/ William T. Patton<br>William T. Patton, OSB No. 973646<br>Telephone: 503.778.2015<br>Attorneys for Defendant Life Insurance Company of North America |

## ORDER

Based on the foregoing stipulation, it is hereby

ORDERED AND ADJUDGED that the above-entitled action is hereby dismissed with prejudice and without costs or fees to either party.

DATED: January 7, 2013

_____
Marco A. Hernandez
United States District Court Judge

PAGE 2 -   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE